BILL LOCKYER
Attorney General of the State of California
STACY BOULWARE EURIE
Senior Assistant Attorney General
CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General
ZACKERY P. MORAZZINI, State Bar No. 204237
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8226
 Fax: (916) 324-5567
 Email: Zackery.Morazzini@doj.ca.gov

Attorneys for State Controller's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL M. TURNACLIFF, in his capacity as administrator for THE ESTATE OF KATHLEEN M. DODD, with will annexed,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVE WESTLY, in his official capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA, and his custodial capacity as administrator of the Unclaimed Property Fund, and DOES 1-25, inclusive,**<br><br>Defendants. | C05-5303 EDL-SI<br><br>**STIPULATION RE: BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Date: January 22, 2007<br>Time: 3:00 p.m.<br>Courtroom: 10<br>Hon. Susan Illston, District Judge |

1  BILL LOCKYER
   Attorney General of the State of California
2  STACY BOULWARE EURIE
   Senior Assistant Attorney General
3  CHRISTOPHER E. KRUEGER
   Supervising Deputy Attorney General
4  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 445-8226
7   Fax: (916) 324-5567
    Email: Zackery.Morazzini@doj.ca.gov
8  Attorneys for State Controller Steve Westly

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL M. TURNACLIFF, in his capacity as administrator for THE ESTATE OF KATHLEEN M. DODD, with will annexed,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVE WESTLY, in his official capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA, and his custodial capacity as administrator of the Unclaimed Property Fund, and DOES 1-25, inclusive,**<br><br>Defendants. | C05-5303 SI<br><br>**STIPULATION RE: MODIFICATION OF BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Date: January 22, 2007<br>Time: 3:00 p.m.<br>Courtroom: 10<br>Hon. Susan Illston, District Judge |

Plaintiff Michael M. Turnacliff ("plaintiff") and defendant State Controller Steve Westly ("defendant") hereby stipulate to modify the briefing schedule on the cross-motions for summary judgment that was established by this Court in a minute order dated August 1, 2006;

Good cause exists to modify this briefing schedule because defendant's counsel, Deputy Attorney General Zackery P. Morazzini, is scheduled to present oral argument to the California Supreme Court on December 6, 2006 in *California Statewide Communities Development Authority v. All Persons Interested*, California Supreme Court Case No. S124195. This oral argument would make it extremely difficult for defendant to file defendant's opposition

STIPULATION AND PROPOSED ORDER - C05-5303 E-SI

1

1 to plaintiff's motion and his reply in support of his own motion by December 8, 2006. To
2 accommodate Mr. Morazzini's schedule, the parties propose to move the due date for
3 defendant's opposition to plaintiff's motion and defendant's reply in support of defendant's
4 motion from **December 8, 2006 to December 15, 2006** and to move the due date for plaintiff's
5 reply brief in support of his motion from **December 15, 2006** to **December 22, 2006.**
6   This extension of time will not hinder the Court's ability to review the motion papers
7 because the Court, acting on its own motion, has moved the hearing on the cross-motions from
8 January 5, 2007 to January 22, 2007. Thus, the Court will have a full month to review the papers
9 before the motion hearing if it approves this stipulation.
10 Dated: November 28, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

STACY BOULWARE EURIE
Senior Assistant Attorney General

CHRISTOPHER E. KRUEGER
Supervising Deputy Attorney General

  /s/ Zackery P. Morazzini

ZACKERY P. MORAZZINI
Deputy Attorney General
Attorneys for State Controller Steve Westly

Dated:   November 28, 2006

Respectfully submitted,


  /s/ David B. Tillotson

DAVID B. TILLOTSON
JANIN, MORGAN AND BRENNER
Attorney for Plaintiff Michael M. Turnacliff

STIPULATION AND PROPOSED ORDER  - C05-5303 E-SI

2

**ORDER**

Upon stipulation of counsel, and good cause appearing, the due date for defendant State Controller Steve Westly's opposition to plaintiff Michael M. Turnacliff's motion for summary judgment and defendant's reply in support of defendant's motion for summary judgment is moved from **December 8, 2006 to December 15, 2006** and the due date for plaintiff's reply brief in support of his motion for summary judgment is moved from **December 15, 2006** to **December 22, 2006.**

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                    Hon. Susan Illston
                                                                    United States District Judge

10296166.wpd
SA2006100587

STIPULATION AND PROPOSED ORDER - C05-5303 E-SI

3